# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Richard Barnhart,

    Plaintiff,

    v.                                       Case No. 1:11cv348

Tire Discounters, Inc.,                     Judge Michael R. Barrett

    Defendant.

### ORDER

Pursuant to notification by Plaintiff, this matter is hereby settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within thirty (30) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

**IT IS SO ORDERED.**

                                                              *s/Michael R. Barrett*
bac      April 6, 2012                                       Michael R. Barrett
                                                               United States District Judge